**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JASON GLENN MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-18-0129-HE |
| | ) | |
| COMANCHE COUNTY DETENTION | ) | |
| CENTER, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Plaintiff Jason Marshall filed this action against the Comanche County Detention Center. The matter was referred to U.S. Magistrate Judge Bernard Jones for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B)-(C). Judge Jones recommends dismissal without prejudice of all claims, as plaintiff has failed to cure the deficiencies in his application to proceed *in forma pauperis*. The parties were advised of their right to file an objection to the Report and Recommendation by April 30, 2018. No objections have been filed. The parties therefore waive any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the Report and Recommendation [Doc. #7], a copy of which is attached to this order. Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE